

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00035-CR

John Gabriel **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10432
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 5, 2016.

Luz Elena D. Chapa, Justice